# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Sportbrain Holdings LLC

                         Plaintiff,

v.                                                     Case No.: 1:17−cv−00981
                                                           Honorable Edmond E. Chang

HP Inc.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, April 22, 2017:

      MINUTE entry before the Honorable Edmond E. Chang: Plaintiff has now confirmed Defendant's agreement to the motion to stay [11]. The stay motion [11] is granted and is effectuated, as suggested by Plaintiff, R. 11 at 4, by terminating the case without prejudice to reinstating it after the conclusion of the PTAB proceedings, including any appeals to the Federal Circuit and the Supreme Court. The status hearing of 04/27/2017 is vacated. Civil case terminated without prejudice.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.